*Judge Baxter*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Western District of Pennsylvania

Erie Division

Michael James Johnson 1st

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

The City Of Titusville, Pennsylvania & Attached
Defendant List

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. **1:21-CV-83**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes    ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael James Johnson 1st |
| Address | 317 N Monroe St |
| | Titusville      PA      16354 |
| | *City*     *State*     *Zip Code* |
| County | Crawford |
| Telephone Number | 814-564-2348 |
| E-Mail Address | foebage@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Titusville, PA City Manager ; AKA Neil Fratus |
| Job or Title *(if known)* | City Manager |
| Address | 107 N Franklin St |
| | Titusville      PA      16354 |
| | *City*     *State*     *Zip Code* |
| County | Crawford |
| Telephone Number | 814-827-5300 |
| E-Mail Address *(if known)* | manager@cityoftitusvillepa.gov |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Titusville, PA City Mayor; AKA John Crouch |
| Job or Title *(if known)* | City Mayor |
| Address | 107 N Franklin St |
| | Titusville      PA      16354 |
| | *City*     *State*     *Zip Code* |
| County | Crawford |
| Telephone Number | 814-827-4359 |
| E-Mail Address *(if known)* | councilmancrouch@cityoftitusvillepa.gov |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

| | | |
|---|---|---|
| Name | Dustin Legoulon  ( 801 ) | |
| Job or Title *(if known)* | City Of Titusville, PA ; Chief Of Police | |
| Address | 107 N Franklin St | |
| | Titusville | PA | 16354 |
| | *City* | *State* | *Zip Code* |
| County | Crawford | |
| Telephone Number | 814-827-1890 | |
| E-Mail Address *(if known)* | policechief@cityoftitusvillepa.gov | |

[✔] Individual capacity   [✔] Official capacity

Defendant No. 4

| | | |
|---|---|---|
| Name | The City Of Titusville | |
| Job or Title *(if known)* | Municipal Corporation | |
| Address | 107 N Franklin St | |
| | Titusville | PA | 16354 |
| | *City* | *State* | *Zip Code* |
| County | Crawford | |
| Telephone Number | 814-827-1890 | |
| E-Mail Address *(if known)* | | |

[✔] Individual capacity   [✔] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Ammendment ; Violation of FREE PRESS / FREE SPEECH
Specifically, The right to film government officals in their official capacity without hinderence or obstruction.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

As shown in Videos (Exhibit A & B) I was forced to leave City Hall twice  under threat of arrest by the three defendants acting in  their official capacity. "Asked to leave" and physically escorted from public property.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

This event occured at the Titusville City Hall in Titusville PA during normal business hours in non-restricted areas of the building.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 6th 2020 approxamatley 11 am - 2pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

As seen in (Exhibit A & B)- I was acting in my offical capacity as an independent journalist, simply filiming the City Hall Interior when I was invited into the City Managers Office by The Mayor.
I was instanly accosted by the Mayor when he saw the camera and had to avoid his physical advances (as seen in video). At this time I asked for individuals to identify themselves.
The mayor refused to identify himself because I had a mask on and demanded that I be removed from the building because he was "intimidated". The other two actors at this time
conspired with him to have me escorted out under threat of arrest (color of law) by the armed police chief.  I was unarmed and left under duress and made it clear that was the reason
that I was leaving against my free will. (as seen in Exhibit B)

There were others involved , less subordinate employees such as the City Manager Secretary "Heather"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have suffered anxeity from this incident and it has occured on additional occasions. I was eventually charged with Disorderly conduct by the Chief Of Police for NOT WEARING a mask.
This was done after the fact at another incident and filed in a retalitory fashion and shows a pattern of abuse of power against me and my productions.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am suing all named defendants in their official capacity and individual capacities for punitive damages in the amount of $76,000 USD per defendant or entity.
My right to film was obstructed due to lack of training and improper policies and procedures being executed as law.
This constitutionally protected activity was absolutely criminalized by the co-conspirators in this matter.
As seen in video (Exhibit A) The mask I had on was for expressive reasons that the actors were unable to comprehend. I was in fact complemented by a citizen when entering.

I would like to see clear policy change and eductaion of the 2018 DHS memo that seems to have bypassed this location in Pennsylvania.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2 - 28 · 2021

Signature of Plaintiff    *Michael Johnson*

Printed Name of Plaintiff    MichAEL   JOHnSon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    814- 564 -2348

E-mail Address    foebage @ gmail.com

Johnson, Michael James vs.  Following Defendant List:

Civil rights complaints.

## 1st Amendment Violation(s).          - City Hall Incident        - Phase 1

    **1. "Forced to leave City Hall, no crime, no disruption.  Just forced to leave".**

ACTORS:
- The City Of Titusville, Pennsylvania
- 
- City Manager , AKA Neil Fratus
- 
- City Mayor, AKA  John Crouch
- 
- Chief Of Police – AKA Dustin Legoullon